797 A.2d 876

IN THE MATTER OF JACK S. EZON, AN ATTORNEY AT LAW.

May 23, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–199, concluding that **JACK S. EZON** of **DEAL,** who was admitted to the bar of this State in 1996, should be reprimanded for violating *RPC* 5.5(b) (assisting a person who is not a member of the bar in performance of activity that constitutes the unauthorized practice of law), and good cause appearing;

It is ORDERED that **JACK S. EZON** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.